EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA  95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| LORETTA HUCKINS,<br><br>                    Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>                    Defendants. | ) Case No.: C 03-02047 RMW<br>)<br>) **STIPULATION FOR DISMISSAL WITH**<br>) **PREJUDICE OF DEFENDANT OLIN**<br>) **CORPORATION BY PLAINTIFF**<br>) **LORETTA HUCKINS**<br>)<br>)<br>)<br>)<br>)<br>) |

        Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Loretta Huckins and Defendant Olin

Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

Order dismissing with prejudice all claims asserted by Plaintiff Loretta Huckins as to

2066110.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff
Loretta Huckins - 1**

defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: _8/4/05_

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
        RICHARD D ALEXANDER, Cal. Bar #48432
        JEFFREY W/ RICKARD, Cal. Bar #125180
        RYAN M. HAGAN, Cal Bar #200850
        152 North Third Street, Suite 600
        San Jose, CA 95112
        Telephone:  (408) 289-1776
        Facsimile:  (408) 287-1776

Attorneys for Plaintiff Loretta Huckins


HUSCH & EPPENBERGER, LLC


By: _s/ Carol A. Rutter_____
        THOMAS M. CARNEY, admitted *pro hac vice*
        CAROL A. RUTTER, admitted *pro hac vice*
        190 Carondelet Plaza, Suite 600
        St. Louis, MO  63105-3441
        Telephone:  (314) 480-1500
        Facsimile:  (314) 480-1505

        RANDALL C. CREECH, Cal. Bar #65542
        CREECH, LIEBOW & KRAUS
        333 West San Carlos Street
        Suite 1600
        San Jose, CA  95110
        Telephone:  (408) 993-9911
        Facsimile:  (408) 993-1335

Attorneys for Defendant Olin Corporation

2066110.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Loretta Huckins - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| LORETTA HUCKINS, | ) | Case No.:  C 03-02047 RMW |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING WITH** |
| | ) | **PREJUDICE DEFENDANT OLIN** |
| | ) | **CORPORATION BY PLAINTIFF** |
| v. | ) | **LORETTA HUCKINS** |
| | ) | |
| OLIN CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER coming on the motion of Plaintiff Loretta Huckins and Defendant

Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN

CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Loretta Huckins' claims against Defendant Olin Corporation are dismissed

with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs

and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005              _Ronald M. Whyte_

2066110.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff
Loretta Huckins - 3**